# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SATES OF AMERICA, | CASE NO. CV F 13-0112 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| AMY LOPEZ, | |
| Defendant. | |

Given the entry of judgment and absence of further matters before this Court, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** **March 25, 2013**     /s/  **Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

1